3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| United States of America, | Case:2:17-cr-20559 |
|---|---|
| Plaintiff, | Judge: Friedman, Bernard A. |
| | MJ: Stafford, Elizabeth A. |
| | Filed: 08-24-2017 At 03:25 PM |
| v. | SEALED MATTER (LG) |
| | Honorable: |
| ALI KASSEM NASSER | Violations: |
| (AKA ALI MUHAMMAD ALOMARI), | 18 U.S.C. § 1425 |
| | (Illegally Procuring Citizenship) |
| | 18 U.S.C. §1542 |
| | (False Claims in Passport Application) |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. 1425, Illegally Procuring Citizenship)

1. In or about 2003 to 2008, in the Eastern District of Michigan, the defendant, Ali Kassem Nasser (a/k/a Ali Muhammad Omar Alomari), knowingly procured, contrary to law, the naturalization of himself, the said Ali Kassem Nasser (a/k/a Ali Muhammad Omar Alomari) in violation of Title 18, United States Code, Section 1425.

### COUNT TWO
### (18 U.S.C. § 1542, False Statements in Passport Application)

2. In or about 2008, in the Eastern District of Michigan, Defendant Ali Kassem

Nasser (a/k/a Ali Muhammad Omar Alomari) willfully and knowingly made false statements in an application for a passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
Grand Jury Foreperson

DANIEL LEMISCH
Acting United States Attorney

s/*Gary M. Felder, Deputy Chief*
Gary M. Felder, Deputy Chief
Assistant United States Attorney
National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9742
Gary.felder@usdoj.gov

s/*Christopher L. Varner*
Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9684
christopher.varner@usdoj.gov

Dated: August 24, 2017

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:17-cr-20559<br>Judge: Friedman, Bernard A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 08-24-2017 At 03:25 PM<br>SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: CLV |

Case Title: USA v. ALI KASSEM NASSER (AKA ALI MUHAMMAD ALOMARI)

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

___ Indictment/ ___ Information --- no prior complaint.
✓ Indictment/ ___ Information --- based upon prior complaint [Case number:        ]
___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

8-24-17
Date

Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9684
Fax: (313) 226-4678
E-Mail address: christopher.varner@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.